# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129374

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANGELA MATUSCAK,
        Plaintiff-Appellee,

v

                                  SC: 129374
                                  COA: 261319
                                  Macomb CC: 04-001156-NI

WALGREEN CO.,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219